# EXHIBIT C

## Non-Infringement Analysis
### U.S. Patent No. 10,273,075

**Claim 1**

| The '075 Patent | Plaintiff's Accused Product |
|---|---|
| 1. A stackable storage device **100** for headwear comprising: an elongated container **101** with a top surface **102**, a bottom surface **103**, two side surfaces **104**, a back surface **105**, an interior **106**, an opening **108** and a moveable door **109** positioned to cover the opening when closed;  | The accused product is a container with a top surface, a bottom surface, two side surfaces, a back surface, an interior, and a moveable door positioned to cover the opening when closed.  The accused product includes a grooved ridge "grip" (labeled as "A") on the bottom of the moveable door to facilitate its opening and closing.  |
| wherein the top surface **102** is shorter in length than the bottom surface **103**; | The accused product's top surface is shorter in length than its bottom surface. |

1

 

| | |
|---|---|
| and an end of each of the side surfaces **104** slopes down from the top surface **102** to the bottom surface **103** at an obtuse angle; | An end of each of the accused product's side surfaces slopes down from the top surface to the bottom surface at an obtuse angle. |

 

| | |
|---|---|
| a slidable drawer **111** having a bottom **112**, a front wall **113**, a back wall **114** and two side walls **115**, the drawer **111** being located in the interior **106** of the container **101** on the bottom surface **103** of the container **101**; and | The accused product's slidable drawer has a bottom, front wall, back wall, and two side walls. The slidable drawer is located on the bottom surface of the interior of the container. |



| | |
|---|---|
| a horizontal flange **117** located on each side surface **104** in the interior **106** of the container **101** and positioned to contact the side walls **115** of the drawer **111** when the back wall **114** of the drawer **111** is raised.<br><br> | The accused product does not have a horizontal flange on the interior of each side surface. Rather, it has a horizontal flange (labeled as "B") located on the bottom surface of the container, which is positioned to contact the bottom centered ridge portion (labeled as "C") of the slidable drawer when the back wall of the drawer is slid into the interior of the container.<br><br> |

**Claim 11**

| The '075 Patent | Plaintiff's Accused Product |
|---|---|
| 11. A stackable storage device **100** for headwear comprising: | The accused product is a container with a top surface, a bottom surface, two side surfaces, a |

3

| | |
|---|---|
| an elongated container **101** with a top surface **102**, a bottom surface **103**, two side surfaces **104**, a back surface **105**, an interior **106**, an opening **108** and a moveable door **109** positioned to cover the opening when closed;<br><br> | back surface, an interior, and a moveable door positioned to cover the opening when closed.<br><br><br><br>The accused product includes a grooved ridge "grip" on the bottom of the moveable door to facilitate its opening and closing.<br><br> |
| a slidable drawer **111** having a bottom, a front wall **113**, a back wall **114** and two side walls **115**, the drawer being located in the interior **106** of the container **101** on the bottom surface **103** of the container **101**; | The accused product's slidable drawer has a bottom, front wall, back wall, and two side walls. The slidable drawer is located on the bottom surface of the interior of the container. |

| | |
|---|---|
|  |  |
| a horizontal flange **117** located on each side surface **104** in the interior **106** of the container **101** and positioned to contact the side walls **115** of the drawer **111** when the back wall **114** of the drawer **111** is raised; and  | The accused product does not have a horizontal flange on the interior of each side surface. Rather, it has a horizontal flange (labeled as "B") located on the bottom surface of the container, which is positioned to engage with the bottom centered ridge portion (labeled as "C") of the slidable drawer when the back wall of the drawer is slid into the interior of the container.  |
| at least one stop **121** located in the interior **106** of the container **101** and positioned to engage with the drawer **111** as it slides along the bottom surface **103** of the container **101**. | The accused product contains no stops, rather just the horizontal flange located on the bottom surface of the container. |

5




## Claim 15

| The '075 Patent | Plaintiff's Accused Product |
|---|---|
| 15. A stackable storage assembly **200** for headwear comprising:<br>at least two elongated containers **101** each comprising:<br>a top surface **102**, a bottom surface **103**, two side surfaces **104**, a back surface **105**, an interior **106**, an opening **108** and a moveable door **109** positioned to cover the opening when closed;<br><br> | The accused product is a container with a top surface, a bottom surface, two side surfaces, a back surface, an interior, and a moveable door positioned to cover the opening when closed.<br><br><br><br>The accused product includes a grooved ridge "grip" on the bottom of the moveable door (labeled as "A") to facilitate its opening and closing. |

6

| | |
|---|---|
| |  |
| wherein the top surface **102** is shorter in length than the bottom surface **103**;  | The accused product's top surface is shorter in length than its bottom surface.  |
| and an end of each of the side surfaces **104** slopes down from the top surface **102** to the bottom surface **103** at an obtuse angle; | An end of each of the accused product's side surfaces slopes down from the top surface to the bottom surface at an obtuse angle. |

 

| | |
|---|---|
| a first magnet **122** featured on the door **109** and a second magnet **123** located on the bottom **103** of the container **101** adjacent to the opening;  | The accused product does not include any magnets.  |
| a slidable drawer **111** having a bottom, a front wall **113**, a back wall **114** and two side walls **115**, the drawer being located in the interior **106** of the container **101** on the bottom surface **103** of the container **101**; and  | The accused product's slidable drawer has a bottom, front wall, back wall, and two side walls. The slidable drawer is located on the bottom surface of the interior of the container. |

8



| | |
|---|---|
| a horizontal flange **117** located on each side surface **104** in the interior **106** of the container **101** and positioned to contact the side walls **115** of the drawer **111** when the back wall **114** of the drawer **111** is raised.<br><br> | The accused product does not have a horizontal flange on the interior of each side surface. Rather, it has a horizontal flange (labeled as "B") located on the bottom surface of the container, which is positioned to contact the bottom centered ridge portion (labeled as "C") of the slidable drawer when the back wall of the drawer is slid into the interior of the container.<br><br> |

9