AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| TAIZHOU SHENGWAN HOME FURNISHING CO., LTD | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   26-cv-61592-DSL |
| NNOVATIVE CLOSET ACCESSORIES LLC, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NNOVATIVE CLOSET ACCESSORIES LLC
c/o KELLEN BRANTLEY, REGISTERED AGENT
11030 NW 21ST COURT
MIAMI, FL 33167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marcelo Diaz-Cortes, Esq.
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____ Jun 2, 2026 _____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts